IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RONALD BUCH ATTORNEY FOR TIFFANY CANNON

vs

UNITED STATE TRUSTEE

**CASE NO** 19-31596
**CHAPTER:** 7

**DATE**: April 28, 2020
**PLACE**: East St Louis

**PRESENT**: Honorable Laura K. Grandy, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**: Ronald Buch

**COUNSEL FOR DEFENDANT:** Mark Skaggs

**PROCEEDINGS:** Objections to Motions for Examination

**MINUTES OF COURT:**

Case is called for hearing on the Objections filed by Ronald Buch to the Motions for Examination filed by United States Trustee.   Charles Armgardt appears on behalf of Ronald Buch.  Pursuant to the statements made in open court, the Motions are Granted.  Mark Skaggs is to submit a proposed order within 7 days.  Failure to submit the order within the time allotted may result in this Court taking any other action deemed appropriate, which may include granting or denying the relief sought.

Donna Beyersdorfer
Clerk of Bankruptcy Court

By: /s/Kim Billhartz
Deputy Clerk

**NOTE:  THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR  RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED.  CONSULT THE TRANSCRIPT OF  PROCEEDINGS FOR THE ACTUAL ORDER.**